UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEE W. BRIGHT, JR. ) | |
|     Plaintiff, ) | Case Number: 09-2441 |
| ) | |
| vs. ) | |
| ) | |
| NORTHSTAR LOCATION ) | |
| SERVICES, LLC ) | |
|     Defendant. ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 19th day of October, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice and without costs.

        Warren & Vullings, LLP

    BY: /s/ *Brent F. Vullings*
        Brent F. Vullings, Esquire
        Attorney for Plaintiff


        Marshall Dennehey Warner Coleman & Goggin

    BY: /s/ Andrew M. Schwartz
        Andrew M. Schwartz, Esquire
        Attorney for Defendant